FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2021 JUL -7 PM 2:18

CLERK'S OFFICE
AT BALTIMORE

BY ______ DEPUTY

PMC/AT/cm 2021R00398

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL No.** BPG 21cr248 |
| **v.** | : | **(Taking Migratory Waterfowl in Violation of State Law – Waterfowl Guiding Without a License, 16 U.S.C. § 703, 50 CFR 20.72, Maryland Code NR 10- 309(b); Taking Migratory Waterfowl in Violation of State Law – Failure to Possess Valid Maryland Hunting License While Guiding Waterfowl Hunters; 16 U.S.C. § 703, CFR 20.72, COMAR 08.03.14.05 B; Taking Migratory Birds Before or After Legal Hunting Hours, 16 U.S.C. § 703, 50 CFR 20.23; Taking Migratory Birds by Rallying, 16 U.S.C. § 703, 50 CFR 20.21(h); Taking Migratory Birds in Violation of State Law – Shooting Resting Waterfowl on the Water, 16 U.S.C. § 703, 50 CFR 20.72, Maryland Code NR 10-602(c); Taking Migratory Birds in Excess of Daily Bag Limit, 16 U.S.C. § 703, 50 CFR § 20.24; Taking Migratory Birds in Violation of State Law – Failing to Immediately Kill Game Bird Wounded During Hunt, 16 U.S.C. § 703, 50 CFR § 20.72, Maryland Code NR 10-309(b); Aiding and Abetting, 18 U.S.C. § 2))** |
| **JUSTIN EVAN ANTHONY, CHRISTOPHER LEE MARVEL, and CHRISTOPHER PRICE WILLIS,** | : | |
| **Defendants.** | : | |

**...oOo...**

## INFORMATION

### COUNT ONE
(Guiding Without a License)

The United States Attorney for the District of Maryland charges that:

On divers occasions between or about December 26, 2019, and on or about January 31,

2020, in the District of Maryland, the defendants,

**JUSTIN EVAN ANTHONY,**
**CHRISTOPHER LEE MARVEL,**
**and**
**CHRISTOPHER PRICE WILLIS,**

did provide waterfowl guiding and outfitting services for a fee without being licensed as required by state law.

16 U.S.C. § 703
50 CFR 20.72
Maryland Code NR 10-309(b)

**COUNT TWO**
(Guiding Without Hunting License)

The United States Attorney for the District of Maryland further charges that:

On divers occasions between in or about December 2019 and in or about January 2020, in the District of Maryland, the defendants,

**JUSTIN EVAN ANTHONY,**
**and**
**CHRISTOPHER PRICE WILLIS,**

did provide waterfowl guiding and outfitting services for a fee without possessing a valid Maryland hunting license as required by state law.

16 U.S.C. § 703
50 CFR 20.72
COMAR 08.03.14.05 B

**COUNT THREE**
(Taking Before or After Legal Hunting Hours)

The United States Attorney for the District of Maryland further charges that:

On or about January 31, 2020, in the District of Maryland, the defendant,

**JUSTIN EVAN ANTHONY,**

did take and attempt to take migratory waterfowl prior to legal shooting hours.

16 U.S.C. § 703
50 CFR 20.23
18 U.S.C. § 2

**COUNT FOUR**
(Rallying)

The United States Attorney for the District of Maryland further charges that:

On or about January 7, 2020, in the District of Maryland, the defendant,

**CHRISTOPHER LEE MARVEL,**

did hunt migratory waterfowl by rallying with the use of a motorized vessel.

16 U.S.C. § 703
50 CFR § 20.21(h)
18 U.S.C. § 2

**COUNT FIVE**
(Rallying)

The United States Attorney for the District of Maryland further charges that:

On or about January 31, 2020, in the District of Maryland, the defendants,

**JUSTIN EVAN ANTHONY**
**and**
**CHRISTOPHER LEE MARVEL,**

did hunt migratory waterfowl by rallying with the use of a motorized vessel.

16 U.S.C. § 703
50 CFR § 20.21(h)
18 U.S.C. § 2

**COUNT SIX**
(Taking Resting Birds)

The United States Attorney for the District of Maryland further charges that:

On or about January 7, 2020, in the District of Maryland, the defendant,

**CHRISTOPHER LEE MARVEL,**

did and attempt to take migratory waterfowl in violation of state law, that is while the waterfowl was at rest on the water.

16 U.S.C. § 703
50 CFR § 20.72
Maryland Code NR 10-602(c)
18 U.S.C. § 2

**COUNT SEVEN**
(Taking Resting Birds)

The United States Attorney for the District of Maryland further charges that:

On or about January 31, 2020, in the District of Maryland, the defendants,

**JUSTIN EVAN ANTHONY**
**and**
**CHRISTOPHER LEE MARVEL,**

did and attempt to take migratory waterfowl in violation of state law, that is while the waterfowl was at rest on the water.

16 U.S.C. § 703
50 CFR § 20.72
Maryland Code NR 10-602(c)
18 U.S.C. § 2

**COUNT EIGHT**
(Exceed Daily Bag Limit)

The United States Attorney for the District of Maryland further charges that:

On or about January 31, 2020, in the District of Maryland, the defendant,

**JUSTIN EVAN ANTHONY**
**and**
**CHRISTOPHER LEE MARVEL,**

did in one calendar day, take migratory waterfowl, in excess of the daily bag limit and aggregate daily bag limit.

16 U.S.C. § 703
50 CFR § 20.24
18 U.S.C. § 2

**COUNT NINE**
(Failure to Immediately Kill Wounded Bird)

The United States Attorney for the District of Maryland further charges that:

On or about January 31, 2020, in the District of Maryland, the defendants,

**JUSTIN EVAN ANTHONY**
**and**
**CHRISTOPHER LEE MARVEL,**

did fail to immediately dispatch a wounded migratory game bird, in violation of state law.

16 U.S.C. § 703
50 CFR § 20.72
COMAR 08.03.10.03
18 U.S.C. § 2

July 7, 2021
_______________
Date

Jonathan F. Lenzner /pmc
Jonathan F. Lenzner
Acting United States Attorney